UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virginia Mary Perez,<br><br>                Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendants. | No.  1:25-cv-01934-KES-GSA<br><br>ORDER GRANTING IN PART EXTENSION TO FILE MSJ |

The parties stipulate to a 56-day extension from April 10, 2026 to June 5, 2026 for Plaintiff to file an MSJ.  However, this would hinder the Court's ability to manage its docket.  A 35-day extension will be granted.

Accordingly, it is **ordered** that Plaintiff's MSJ deadline is extended to and including May 15, 2026.

IT IS SO ORDERED.

Dated:   **March 29, 2026**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE