ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Program Litigation 1 | Law & Policy
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VIRGINIA MARY PEREZ,<br><br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>      Defendant. | Case No.: 1:25-cv-01934-GSA<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed

On remand, the Commissioner will offer Plaintiff the opportunity for an additional hearing; develop the record as necessary; and issue a new decision. The parties further request

Stip. For Voluntary Remand;  Case 1:25-cv-01934-GSA     1

that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE: June 5, 2026

*/s/ Jonathan Pena* *
JONTHAN PENA
Attorney for Plaintiff
(* approved via email on 6/5/26)

ERIC GRANT
United States Attorney

DATE: June 5, 2026          By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

Stip. For Voluntary Remand;  Case 1:25-cv-01934-GSA          2

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff, Virginia Mary Perez, and against defendant, the Commissioner of Social Security.  The Clerk of the Court is further directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated:    June 5, 2026

_____
UNITED STATES DISTRICT JUDGE